**Motion granted; Order filed July 21, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00804-CV

_____

### TRAVIS LOMAX AND LAUREN SCHILD, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GERALD SCHILD, Appellants

V.

### MICHELS CORPORATION, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2012-74481A**

## ORDER

This is an appeal from a judgment signed August 18, 2015. On June 27, 2016, Lauren Schild, Individually and on behalf of the Estate of Gerald Schild, filed a motion to dismiss the appeal as to her claims. *See* Tex. R. App. P. 42.1. The motion is **GRANTED.**

Appellant Lauren Schild, Individually and on behalf of the Estate of Gerald Schild, is ordered **DISMISSED** from the appeal.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.